# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

NHIA VANG,

                **Plaintiff,**

**vs.**                                          **Case No.: 13-cv-278**

CAROLYN COLVIN,
        **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

      ***Notice is hereby given*** that Nhia Vang, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated March 20, 2014 and the judgment dated March 20, 2014 by Federal District Judge Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

      Dated this 19th day of May, 2014.

                              **DUNCAN DISABILITY LAW, S.C.**
                              Attorneys for the Plaintiff

                              /s/ Dana W. Duncan
                              _____
                              Dana W. Duncan
                              State Bar I.D. No. 01008917
                              3930 8th Street South, Suite 201
                              Wisconsin Rapids, WI 54494
                              (715) 423-4000