UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NHIA VANG,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

Case No. 13-cv-278

**ORDER GRANTING PARTIES' JOINT MOTION FOR AN INDICATIVE RULING ON A MOTION FOR RELIEF THAT IS BARRED BY A PENDING APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1(a)(3)**

This matter coming before the Court on the parties' joint motion, and the Court being fully informed, it is hereby:

ORDERED that the parties' joint motion for an indicative ruling on a motion for relief that is barred by a pending appeal pursuant to Federal Rule of Civil Procedure 62.1(a)(3) is GRANTED. The Court indicates that it is inclined to grant relief from its March 20, 2014 judgment should the court of appeals remand for that purpose.

Dated: December 8, 2014

                                      HON. BARBARA B. CRABB
                                    United States District Judge