IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NHIA VANG,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-278-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Nhia Vang reversing the final decision of the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) and remanding this case to the Commissioner for further proceedings.


    s/ A. Wiseman, Deputy Clerk        December 19, 2014
    Peter Oppeneer, Clerk of Court              Date