IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NHIA VANG,

    Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-278-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Nhia Vang attorney fees in the amount of $13,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ N. Nelson, Deputy Clerk | 2/18/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |